IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA McMANUS and<br>DANIEL McMANUS, w/h<br>92 Ivy Hill Road<br>Levittown, Pennsylvania 19057<br><br>    Plaintiff<br><br>v.<br><br>BIG LOTS<br>300 Phillipi Road<br>Columbus, Ohio 43228<br>  and<br>BIG LOTS, INC.<br>300 Phillipi Road<br>Columbus, Ohio 43228<br>  and<br>BIG LOTS STORES, INC.<br>300 Phillipi Road<br>Columbus, Ohio 43228<br>  and<br>BIG LOTS a/k/a BIG LOTS STORES, INC.,<br>BIG LOTS, INC.<br>300 Phillipi Road<br>Columbus, Ohio 43228<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO: 2:15-cv-03364<br>:<br>: STIPULATION OF<br>: DISMISSAL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL BECAUSE OF SETTLEMENT

It is stipulated by the parties to this action, through their attorneys, that:

1. The parties to this action have reached a settlement.

2. Under the terms of the settlement between the parties, this action will be dismissed with prejudice.

3. The Court may enter an order of dismissal accordingly.

GALERMAN LAW GROUP

By: _____
       Alan F. Galerman, Esquire
       Attorney for Plaintiff(s)

Dated: September 3, 2015